IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01218-REB-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

LISA P. JACKSON, in her capacity as Administrator, U.S. EPA,

Defendant.

---

## MINUTE ORDER
---

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Plaintiff's Unopposed Motion to Participate in Hearing by Telephone** [docket no. 22, filed August 27, 2010] (the "Motion").

IT IS ORDERED that the Motion is GRANTED and plaintiff's counsel may appear for the hearing on **September 1, 2010**, by telephone by calling Chambers at **9:30 a.m., Mountain Daylight Time, at 303/844-6408**.

DATED: August 27, 2010