IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01218-REB-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

LISA P. JACKSON, in her capacity as Administrator, U.S. EPA,

Defendant.

_____

# ORDER
_____

This matter arises on the **Joint Motion to Vacate the Scheduling and Planning Conference and to Stay the Proceedings for 60 Days** [Doc. # 19, filed 8/25/2010] (the "Motion to Vacate"). The parties report that they have reached an agreement in principle to settle this matter, subject to the final approval of their clients.

I held a hearing on the Motion to Vacate this morning and made rulings on the record. For the reasons stated on the record,

IT IS ORDERED that:

(1) The Motion to Vacate [Doc. # 19] is GRANTED. The scheduling conference set for September 9, 2010, and all related deadlines are VACATED; and

(2) On or before **November 1, 2010**, the parties shall file either (a) the proposed settlement agreement, subject to subsequent public comment; or (b) a status report notifying the court about the status of the proposed settlement.

Dated September 1, 2010.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge