IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 10-cv-01218-REB-BNB

WILDEARTH GUARDIANS,

Plaintiff,

v.

LISA P. JACKSON, in her capacity as Administrator, U.S. EPA,

Defendant.

___

## ORDER
___

This matter arises on the **Notice of Lodging Proposed Consent Decree and Joint Motion to Continue Stay of Proceedings for Ninety Days** [Doc. # 28, filed 10/28/2010] (the "Notice and Motion"). The parties have lodged with the court a proposed Consent Decree, which is now subject to publication and a period of public comment.

Good cause having been shown,

IT IS ORDERED that:

(1) The Notice and Motion [Doc. # 28] is GRANTED. The stay of proceedings previously granted, see Order [Doc. # 26], is continued, and all proceedings in this case, including the defendant's obligation to respond to the complaint, are STAYED pending further order of the court; and

(2) On or before **February 1, 2011**, the parties shall file a status report informing the court as to whether the Administrator and/or Attorney General has determined to withdraw consent to the proposed Consent Decree or to proceed with entry of the proposed Consent

Decree and addressing the further actions, if any, to be undertaken in the case.

Dated October 28, 2010.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge